**No. 11-6878. Timothy Harris, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 597, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8116.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 429 Fed. Appx. 543.